

**ORDERED in the Southern District of Florida on July 17, 2017.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 16-24954-AJC |
| CARLOS E. BUSTOS | Chapter 13 |
| _____Debtor_____/ | |

## AGREED ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM IN PART AND OVERRULING IN PART

This matter having been considered without hearing upon the Debtor's Objection to Claim [DE #60], upon agreement of both parties, and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection to the following claim is sustained in part and overruled in part:

| Claim holder | Claim No. | Disposition |
|---|---|---|
| *Select Portfolio Servicing, Inc.* | 4-1 | *The debtor's account was current as of the filing of this case. Therefore, the arrearage portion of the claim is stricken. The secured claim remains valid and the claim shall be allowed and classified as a secured claim* |

|  |  | *in the amount of $142,515.30.* |
|---|---|---|

###

**Submitted by:**

**Christian S. Diaz, Esq.**
**Alianza Law Firm**
**2100 Coral Way, Suite 404**
**Miami, FL 33145**

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).